UNITED STATES of America,
Plaintiff–Appellee

v.

Daniel LOPEZ, Defendant–Appellant.

No. 10–41221
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 19, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Daniel Lopez raises arguments that he concedes are foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), *cert. denied,* —— U.S. ——, 130 S.Ct. 1920, 176 L.Ed.2d 390 (2010), which reaffirmed the holding in *United States v. Gamez–Gonzalez,* 319 F.3d 695, 700 (5th Cir.2003), that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. Lopez's

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.